WESTINGHOUSE ELECTRIC AND MANUFACTURING COM-
PANY, APPELLANT, v. RICHARD WRIGHT, RESPOND-
ENT.

Argued February 6, 1947—Decided April 24, 1947.

For the appellant, *Haines & Chanalis* (*Michael N. Chanalis,*
of counsel).

For the respondent, *Edward T. Miller* and *Robert Scher-
ling* (*Seymour B. Jacobs,* of counsel).

PER CURIAM.

This is an appeal in a workmen's compensation case. On
*certiorari* the Supreme Court found facts from which it
determined that "the workman suffered an injury by reason
of an accident arising out of and in the course of his employ-
ment." There was evidence to support such findings of fact.
It is the settled procedural rule in this court that findings of
fact on conflicting evidence, or on uncontroverted evidence
reasonably susceptible of divergent inferences, are conclusive
on appeal. *Alexander* v. *Cunningham Roofing Co., Inc.,* 125
N. J. L. 277.

The judgment is affirmed, with costs.

*For affirmance*—THE CHANCELLOR, DONGES, HEHER,
COLIE, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, MC-
GEEHAN, McLEAN, JJ. 11.

*For reversal*—None.